IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

     Plaintiff

VS.

                                    CR. NO. 04-20294-D

DANNY MCKINNEY

     Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

This cause came on for a report date on April 19, 2005. At that time, counsel for the defendant  requested a continuance of the May 2, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to June 6, 2005 with a **report date of Thursday, May 19,  2005, at 9:00 a.m.**, in <u>Courtroom 3, 9th Floor</u> of the Federal Building, Memphis, TN.

The period from May 13, 2005  through June 17, 2005  is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _35_ day of April, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4·28·05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20294 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

R. Price Harris
LAW OFFICES OF R. PRICE HARRIS
100 N Main Street
Ste. 3201
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT